United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3862NE

_____

| | | |
|---|---|---|
| Robert Lindsay, father and next friend of Jennifer Lindsay, a Minor, | * * * | |
| Appellant, | * * * | Appeal from the United States District Court for the District of Nebraska. |
| v. | * | |
| United States of America, | * * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: May 20, 1997
Filed: May 30, 1997

_____

Before McMILLIAN, ROSS, and FAGG, Circuit Judges.

_____

PER CURIAM.

Robert Lindsay brought this Federal Tort Claims Act lawsuit to recover for the injuries sustained by his daughter when her bicycle collided with a postal service vehicle. Finding negligence on the part of the postal service driver and Jennifer, the district court concluded Jennifer's claim was barred by the doctrine of contributory negligence. On appeal, Lindsay contends contributory negligence does not apply to Jennifer under Nebraska law, and the district court improperly found Jennifer was negligent. Having reviewed de novo the questions of state law and having considered the record and the parties' briefs, we conclude the district court correctly applied

Nebraska law. Likewise, we are satisfied the record supports the district court's ruling. Because a comprehensive opinion would lack precedential value in this state law-based case, we affirm for the reasons stated in the district court's ruling without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.